**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1409**

HYUN JUN PARK,

        Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: November 15, 2013     Decided: December 4, 2013

Before WILKINSON, DUNCAN, and DIAZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Scott E. Bratton, MARGARET WONG & ASSOCIATES, LPA, Cleveland, Ohio, for Petitioner. Stuart F. Delery, Assistant Attorney General, William C. Peachey, Assistant Director, Ada E. Bosque, Senior Litigation Counsel, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hyun Jun Park, a native and citizen of South Korea, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's (IJ) decision denying his requests for withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Park's merits hearing and his supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision to uphold the IJ's denial of Park's applications for relief. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Hyun Jun Park (B.I.A. Mar. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2